IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL SCOTT,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 10-cv-138-bbc

CAPTAIN McCABE and 4 JOHN DOES

    Defendants.

---

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case with prejudice for plaintiff's failure to state a claim on which relief may be granted.

_____    4/28/10
Peter Oppeneer, Clerk of Court       Date